THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES MCLAUGHLIN, Appellant.

Submitted May 17, 1943; decided May 27, 1943.

*Charles P. Sullivan, District Attorney (James F. T. Delaney* of counsel), for motion to dismiss appeal.

*Joseph Lonardo* in opposition to motion to dismiss appeal and in support of application for enlargement of time.

Motion to dismiss appeal denied and application for enlargement of time granted and time enlarged to the autumn, 1943, session of this court and appeal to be heard upon six printed copies of the record used in the Appellate Division and upon a printed brief in this court.